UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PEDRO NAVARETTE-DURAN**  **CIVIL ACTION**

versus  **NO. 15-1230**

**N. BURL CAIN, WARDEN**  **SECTION: "H" (3)**

## AMENDED ORDER

Pursuant to Fed. R. Civ. Pro. 60(a), the Court amends Doc. 16 as follows:

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Objection filed thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **Pedro Navarette-Duran** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  2nd  day of _____September_____, 2015.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**